

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Alan Michael Rodriguez, Appellant

No. 06-12-00167-CR    v.

The State of Texas, Appellee

Appeal from the 241st District Court of Smith County, Texas (Tr. Ct. No. 241-0867-12). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect a total of $274.00 in court costs. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Alan Michael Rodriguez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 31, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk